ENTERED
OCT - 3 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF LAWYER
DISCIPLINARY BOARD COMPLAINT            Misc. No. 2:05-MC-0154
AGAINST **JAMES L. FLANAGAN**

## ATTORNEY REMOVAL ORDER

This Court has been notified by the Supreme Court of Appeals of West Virginia that the license of **James L. Flanigan**, a member of the West Virginia State Bar, has been suspended by order entered September 8, 2005, a copy of which is attached hereto and made a part hereof.

**IT IS ORDERED** that the District Court records be amended to reflect the disciplinary action and that **James L. Flanigan** is barred from appearances in this Court.

The Clerk is **ORDERED** further to remove **James L. Flanigan** from the list of attorneys admitted to practice in the District Court.

The Clerk is directed to send a certified copy of this order to James L. Flanigan at his last known address of 69 Clay Street, Morgantown, West Virginia, 26505, and to each divisional Clerk's Office in this District.

ENTER:

David A. Faber
Chief Judge, U. S. District Court

OFFICE OF DISCIPLINARY COUNSEL

SEP 1 2 2005

RECEIVED

STATE OF WEST VIRGINIA

At a Regular Term of the Supreme Court of Appeals ~~continued and held at~~ Charleston, Kanawha County, on the 8th day of September, 2005, the following order was made and entered:

Office of Lawyer Disciplinary Counsel,
Petitioner

vs.)  No. 32841

James L. Flanigan, a member of The West
Virginia State Bar, Respondent

On a former day, to-wit, September 2, 2005, came the Office of Disciplinary Counsel, by Rachael L. Fletcher, its attorney, pursuant to Rule 3.23 of the Rules of Lawyer Disciplinary Procedure, seeking the immediate and indefinite suspension of the license to practice law in the State of West Virginia, of the respondent, James L. Flanigan, a member of The West Virginia State Bar, and pursuant to Rule 3.29 of the Rules of Lawyer Disciplinary Procedure, requesting that this Court authorize the Chief Judge of the Circuit Court of Monongalia County to appoint an attorney or attorneys licensed to practice law in the State of West Virginia to inventory respondent's files and to take such action as seems indicated to protect the interest of the respondent and his clients for the reasons stated therein.

Upon consideration whereof, the Court is of opinion to and doth hereby grant said petition. It is therefore ordered that the license to practice law in the State of West Virginia of the respondent, James L. Flanigan, be, and it hereby is, immediately and indefinitely suspended.

It is further ordered that the Honorable Russell M. Clawges, Jr., Chief Judge of the Circuit Court of Monongalia County be, and he hereby is, authorized to appoint an attorney or attorneys licensed to practice law in the State of West Virginia to inventory the respondent's files and to take such action as seems indicated to protect the interests of the respondent and his clients.

Service of a copy of this order upon the respondent and upon the Honorable Russell M. Clawges, Jr., Chief Judge of the Circuit Court of Monongalia County, shall constitute sufficient notice of the contents herein.

A True Copy

Attest: _____
Clerk, Supreme Court of Appeals